# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV 12-00205 HG-BMK |
| CASE NAME: | Leonard G. Horowitz; Sherri Kane v. Jacqueline G. Lindenbach; Rhonda Goade; Healthy World Celebrations, LLC; Roxanne Hampton; Sheryle Sultan (aka Sativa Jones); Alma C. Ott (aka A. True Ott); Joan Ott; Mother Earth Minerals, Inc.; Alex McGowin Studer; Timothy Patrick White; Peter J. Bourdreau (aka Ken Adachi); Craig Oxley; Eric Jon Phelps; Microaide, Inc.; Don Nicoloff; Greg Szymanski; David Icke; Bill Deagle; Alex Jones; Anthony J. Hilder; Mesissa Ellen Penn; Don Wolf (aka Frank Dearborn); Universal Health Research & Education; Todd Ellison; Maketheweb.com; 1&1 Inc.; Softlayer Technologies, Inc.; Dana M. Herberholz; Zarian, Midgley & Johnson, PLLC; Ian Clark; Activation Products, Inc.; John A. Finney; Finney Finney & Finney, PA; John DOES 1-100. |
| ATTYS FOR PLA: | Leonard G. Horowitz, pro se |
| | Sherri Kane, pro se |
| ATTYS FOR DEFT: | Patricia M. NaPier, Esq. |
| | Randall C. Whattoff, Esq. |
| | Gerald H. Kurashima, Esq. |
| | Brandi J. Buehn, Esq. |
| | Mark J. Bennett, Esq. |

JUDGE:  Helen Gillmor

DATE:   May 15, 2011

On March 13, 2012, Plaintiffs Leonard G. Horowitz and Sherri Kane filed a Complaint in Hawaii state court. (Exhibit A, attached to Notice of Removal (Doc. 1-1)).

On April 19, 2012, Defendant Softlayer Technologies, Inc. removed the action to federal Court. (Doc. 1).

On April 27, 2012, Defendants Dana M. Herberholz and Zarian, Midgley & Johnson, PLLC filed a MOTION TO DISMISS, OR ALTERNATIVELY FOR SUMMARY JUDGMENT in Hawaii state court. The Motion was entered on the federal Court docket on May 4, 2012. (Doc. 9).

On April 27, 2012, Defendants Jacqueline G. Lindenbach, Healthy World Celebrations, LLC, John A. Finney, and Finney, Finney & Finney, P.A. filed a MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT in Hawaii state court. The Motion was entered on the federal Court docket on May 4, 2012. (Doc. 11).

The Plaintiffs shall have until May 24, 2012 to file Oppositions to the Motions. Each Opposition shall address the issues of the particular Motion and be filed separately.

The Defendants shall have until June 7, 2012 to file Replies.

A hearing on the Motions shall be held on Thursday, June 14, 2012, at 9:30 am.

Submitted by Leslie L. Sai, Courtroom Manager