# MINUTE ORDER

CASE NUMBER:     CV 12-00205 HG-BMK

CASE NAME:       Leonard G. Horowitz; Sherri Kane v.
                 Jacqueline G. Lindenbach; Rhonda Goade;
                 Healthy World Celebrations, LLC; Roxanne
                 Hampton; Sheryle Sultan (aka Sativa
                 Jones); Alma C. Ott (aka A. True Ott);
                 Joan Ott; Mother Earth Minerals, Inc.;
                 Alex McGowin Studer; Timothy Patrick
                 White; Peter J. Bourdreau (aka Ken
                 Adachi); Craig Oxley; Eric Jon Phelps;
                 Microaide, Inc.; Don Nicoloff; Greg
                 Szymanski; David Icke; Bill Deagle; Alex
                 Jones; Anthony J. Hilder; Mesissa Ellen
                 Penn; Don Wolf (aka Frank Dearborn);
                 Universal Health Research & Education;
                 Todd Ellison; Maketheweb.com; 1&1 Inc.;
                 Softlayer Technologies, Inc.; Dana M.
                 Herberholz; Zarian, Midgley & Johnson,
                 PLLC; Ian Clark; Activation Products,
                 Inc.; John A. Finney; Finney Finney &
                 Finney, PA; John DOES 1-100.

ATTYS FOR PLA:   Leonard G. Horowitz, pro se

                 Sherri Kane, pro se

ATTYS FOR DEFT:  Patricia M. NaPier, Esq.

                 Randall C. Whattoff, Esq.

                 Gerald H. Kurashima, Esq.

                 Brandi J. Buehn, Esq.

                 Mark J. Bennett, Esq.

---

   JUDGE:  Helen Gillmor


   DATE:   May 15, 2011

---

        On April 30, 2012, Defendant Alex Jones filed a MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION in Hawaii State
Court.  The Motion was entered on the federal court docket on

May 4, 2012. (Doc. 13).


     The Plaintiffs shall have until May 22, 2012 to file a
separate Opposition addressing the particular issues raised in
the Motion.


     The Defendant shall have until June 5, 2012 to file a
Reply.


     A hearing on the Motion shall be held on Tuesday, June
12, 2012, at 11:00 am.




Submitted by Leslie L. Sai, Courtroom Manager