# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV 12-00205 HG-BMK |
| CASE NAME: | Leonard G. Horowitz; Sherri Kane v. Jacqueline G. Lindenbach; Rhonda Goade; Healthy World Celebrations, LLC; Roxanne Hampton; Sheryle Sultan (aka Sativa Jones); Alma C. Ott (aka A. True Ott); Joan Ott; Mother Earth Minerals, Inc.; Alex McGowin Studer; Timothy Patrick White; Peter J. Bourdreau (aka Ken Adachi); Craig Oxley; Eric Jon Phelps; Microaide, Inc.; Don Nicoloff; Greg Szymanski; David Icke; Bill Deagle; Alex Jones; Anthony J. Hilder; Mesissa Ellen Penn; Don Wolf (aka Frank Dearborn); Universal Health Research & Education; Todd Ellison; Maketheweb.com; 1&1 Inc.; Softlayer Technologies, Inc.; Dana M. Herberholz; Zarian, Midgley & Johnson, PLLC; Ian Clark; Activation Products, Inc.; John A. Finney; Finney Finney & Finney, PA; John DOES 1-100. |
| ATTYS FOR PLA: | Leonard G. Horowitz, pro se |
| | Sherri Kane, pro se |
| ATTYS FOR DEFT: | Patricia M. NaPier, Esq. and Randall C. Whattoff, Esq., representing Defendant Softlayer Technologies, Inc. |
| | Gerald H. Kurashima, Esq., representing Defendants Jacqueline G. Lindenbach; Dana M. Herberholz; Zarian, Midgley & Johnson, PLLC; John A. Finney; Finney, Finney & Finney, PA; Healthy World Celebrations, LLC |
| | Brandi J. Buehn, Esq. and Mark J. Bennett, Esq., representing Defendant Alex Jones |

JUDGE: Helen Gillmor

	DATE:	May 17, 2012

---

On May 14, 2012, the Plaintiffs filed a document entitled:

>PLAINTIFFS' OBJECTION TO SOFTLAYER TECHNOLOGIES, INC'S NOTICE OF REMOVAL; PLAINTIFFS' REPLY TO DEFENDANT SOFTLAYER TECHNOLOGIES, INC'S MOTION TO DISMISS. (Doc. 19).

In that filing, the Plaintiffs move to strike Count 19 of the Complaint, for mail fraud in violation of 18 U.S.C § 1341, and remand the action to Hawaii state court.  Count 19 appears to be the only basis for federal subject matter jurisdiction.

When all federal law claims are eliminated before trial in an action based on federal question jurisdiction, federal courts should generally decline to exercise jurisdiction over the remaining state-law claims. <u>Carnegie-Mellon</u>, 484 U.S. 343, 350 n. 7 (1988).

Defendants shall have until May 31, 2012 to file any objections to this action being remanded to Hawaii state court.

In view of the likelihood that this matter will be remanded, the briefing deadlines and hearing dates for the following motions are vacated:

>Defendant Softlayer Technologies, Inc's MOTION TO DISMISS. (Doc. 5).

>Defendants Dana Herberholz and Zarian, Midgley & Johnson, PLLC's MOTION TO DISMISS, OR ALTERNATIVELY FOR SUMMARY JUDGMENT. (Doc. 9).

>Defendants Jacqueline G. Lindenbach, Healthy World Celebrations, LLC, John A. Finney, and Finney, Finney & Finney, P.A.'s MOTION TO DISMISS, OR ALTERNATIVELY FOR SUMMARY JUDGMENT. (Doc. 11).

>Defendant Alex Jones' MOTION TO DISMISS FOR LACK OF

PERSONAL JURISDICTION. (Doc. 13).

Should the matter not be remanded, the Court will provide new briefing deadlines and hearing dates.


Submitted by Leslie L. Sai, Courtroom Manager