# MINUTES

CASE NUMBER:      CV NO. 12-00205 HG-BMK

CASE NAME:        Leonard G. Horowitz, et al. v. Softlayer Technologies, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:

DATE:     6/5/2012                 TIME:

COURT ACTION:  EO: "MINUTE ORDER"

In light of the pending issue of whether this matter will be remanded to state court [21], the Court DENIES Plaintiffs' [28] Motion for Service by Publication without prejudice to refiling after a decision on whether to remand the case has been made.

IT IS SO ORDERED.

Submitted by kur1, law clerk.